BERTA LEITENBERGER, PETITIONER-RESPONDENT, v. OLT BROTHERS, INC., RESPONDENT-APPELLANT.

Argued April 5, 1976—Decided November 4, 1976.

*Mr. John W. Taylor* argued the cause for appellant.

*Mr. Joseph Asbell* argued the cause for respondent.

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division.

*For affirmance*—Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge CONFORD—7.

*For reversal*—None.